UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EDWYNA W BROOKS D/B/A
EW BROOKS BOOKS LLC                       :   24-cv-06666-JSR
                Plaintiff,   :   JUDGMENT
                             :
   vs.                                    :
                             :
DAMON DASH, RAQUEL HORN,                  :
THE DASH GROUP LLC,                       :
POPPINGTON LLC and                        :
LIGHTSWITCH LEARNING LLC                  :
                Defendants   :
-----------------------------------------------------------------X

## ~~PROPOSED~~ JUDGMENT AGAINST DAMON DASH

WHEREAS, this action was filed as of September 3, 2024. Defendants Damon Dash ("Dash"), Raquel Horn, The Dash Group LLC and Poppington LLC have accepted service via their counsel, Turturro Law, P.C.

The parties agree that judgment shall enter in favor Plaintiff Edwyna Brooks against Defendant Damon Dash only.

NOW, THEREFORE, final judgment is hereby entered against Damon Dash and in favor of Edwyna Brooks in the amount of $78,289.57 plus interest from the date of September 27, 2024 pursuant to 28 US 1961, in the amount/rate of 5.33 percent (annual interest of $4,172.83) or daily interest in the amount of $11.43 cents per day) as of September 27, 2024. The daily interest shall incur on any unpaid amounts after September 27, 2024, plus costs in the amount of $595.00. Judgment is hereby entered for JUDGMENT CREDITOR EDWYNA BROOKS.

So Ordered

                                                           Jed S. Rakoff
October 2, 2024                                           U.S.D.J